**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Florida

Case number (If known): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | | |
|---|---|---|
| 1. Debtor's name | Silisten Trading Limited | |
| 2. Debtor's unique identifier | **For non-individual debtors:** <br> ☐ Federal Employer Identification Number (EIN) __ __ - __ __ __ __ __ __ __ <br> ☑ Other 1669096 . Describe identifier BVI Company Number <br> **For individual debtors:** <br> ☐ Social Security number: xxx – xx– __ __ __ __ <br> ☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – __ __ __ __ <br> ☐ Other _____ . Describe identifier _____ | |
| 3. Name of foreign representative(s) | Mark McDonald and Nicholas Wood | |
| 4. Foreign proceeding in which appointment of the foreign representative(s) occurred | In re: Silisten Trading Ltd., Claim No. 2017/0051, High Court of Justice, BVI | |
| 5. Nature of the foreign proceeding | Check one: <br> ☑ Foreign main proceeding <br> ☐ Foreign nonmain proceeding <br> ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding | |
| 6. Evidence of the foreign proceeding | ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached. <br> ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached. <br> ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached. | |
| 7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)? | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.) <br> ☑ Yes | |

Debtor    **Silisten Trading Limited**     Case number (if known) _____
      Name

**8. Others entitled to notice**   Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

Country where the debtor has the center of its main interests:

**British Virgin Islands**

Debtor's registered office:

**171 Main Street, 2nd Floor, The Barracks**
Number      Street

**PO Box 4259**
P.O. Box

**Road Town, Tortola**
City          State/Province/Region      ZIP/Postal Code

**BVI**
Country

Individual debtor's habitual residence:

_____
Number      Street

_____
P.O. Box

_____
City          State/Province/Region      ZIP/Postal Code

_____
Country

Address of foreign representative(s):

**171 Main Street, 2nd Floor, The Barracks**
Number      Street

**PO Box 4259**
P.O. Box

**Road Town, Tortola**
City          State/Province/Region      ZIP/Postal Code

**BVI**
Country

**10. Debtor's website** (URL)   _____

**11. Type of debtor**

*Check one:*

☑ Non-individual (*check one*):

   ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

   ☐ Partnership

   ☐ Other. Specify: _____

☐ Individual

Debtor  **Silisten Trading Limited**  
      Name

Case number (if known) _____

**12. Why is venue proper in *this* district?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district: _____

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because: _____

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _____[signature]_____      **Mark McDonald**  
Signature of foreign representative      Printed name

Executed on  03 / 12 / 2019  
      MM / DD / YYYY

✗ _____      _____  
Signature of foreign representative      Printed name

Executed on  ___ / ___ / _____  
      MM / DD / YYYY

**14. Signature of attorney**

✗ _____[signature]_____    Date  03/22/2019  
Signature of Attorney for foreign representative    MM / DD / YYYY

Gregory S. Grossman  
Printed name

Sequor Law, P.A.  
Firm name

1001 Brickell Bay Drive, 9th Floor  
Number   Street

Miami                        Florida   33131  
City                            State    ZIP Code

(305) 372-8282                  ggrossman@sequorlaw.com  
Contact phone                       Email address

896667                                FL  
Bar number                               State